IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. G. NEIL GARRETT, DDS, PC, ) <br> on behalf of itself and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NINOS LAZAR, d/b/a SELECT DENTAL, INC.; ) <br> 3M COMPANY; ) <br> BIOMET 3I, LLC; ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 13 CV 6077 <br><br> Honorable Judge Coleman <br> Magistrate Judge Rowland |

### FED.R.CIV.P. 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL
### OF CLAIMS AGAINST DEFENDANTS 3M COMPANY AND BIOMET 3I, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dr. G. Neil Garrett, DDS, PC, ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against only Defendants 3M Company and Biomet 3I, LLC without prejudice, with each party bearing its own costs. Plaintiff's class claims against only Defendants 3M Company and Biomet 3I, LLC are dismissed without prejudice and with each party bearing its own costs.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on January 27, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served on the following parties:

*Via the Court's CM/ECF System and Electronic Mail:*

Henry Pietrkowski
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
hpietrkowski@reedsmith.com

*Via US Mail:*

Ninos Lazar d/b/a Select Dental, Inc.
6201 W. Howard St.
Niles, IL 60714

/s/ Dulijaza Clark
Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)