**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DR. G. NEIL GARRETT, DDS, PC, on behalf of itself and a class, ) ) ) | |
| Plaintiff, ) ) | |
| ) | 13 CV 6077 |
| v. ) ) | |
| NINOS LAZAR, d/b/a SELECT DENTAL, INC.; ) and JOHN DOES 1-10, ) ) | Honorable Judge Wood |
| Defendants. ) | |

### STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant without prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. The Court shall retain jurisdiction for 120 days solely for purposes enforcing the Parties' Settlement Agreement.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| DR. G. NEIL GARRETT, DDS, PC | SELECT DENTAL, INC. |
| s/ Dulijaza Clark | s/ Adam Lysinski (with permission) |
| By one of its attorneys | By one of its attorneys |
| Dulijaza (Julie) Clark | Adam Lysinski |
| Edelman, Combs, Latturner & Goodwin LLC | Lysinski & Associates, P.C. |
| 120 S. LaSalle St., 18th Fl. | 4418 N. Milwaukee Ave. |
| Chicago, IL 60603 | Chicago, Illinois 60630 |
| 312-739-4200 | (773) 777-9888 |

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, certify that on April 22, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served on the following parties:

*Via US Mail:*

    Ninos Lazar d/b/a Select Dental, Inc.
    6201 W. Howard St.
    Niles, IL 60714

*Via Electronic Mail:*

    Adam Lysinski
    Lysinski & Associates, P.C.
    4418 N. Milwaukee Ave.
    Chicago, Illinois 60630
    (773) 777-9888
    adam@lysinski.com

                                                s/ Dulijaza Clark
                                                Dulijaza (Julie) Clark


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)